IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

JOHNNY P. DUNCAN,

    *Defendant.*

Case No. 20-CR-10062-EFM

**MEMORANDUM AND ORDER**

Before the Court is Defendant Johnny P. Duncan's Motion for Early Termination of Supervision (Doc. 23). Defendant filed the motion on May 26, 2023, and he represented that the United States Probation Office ("USPO") was aware of the motion. The government does not object.

In 2020, Defendant pleaded guilty to distribution of heroin, in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). He was sentenced to eight months' imprisonment and three years' supervised release. Defendant self-surrendered to the Bureau of Prisons ("BOP") in April 2021. He began supervised release on December 17, 2021, and his term expires on December 16, 2024.

Under 18 U.S.C. § 3583(e)(1), the Court may terminate a previously imposed term of supervised release after the defendant completes one year of it. It is within the Court's discretion whether to grant a motion to terminate supervised release.[1] In considering a request for early termination, § 3583(e)(1) directs the Court to weigh the factors set forth in § 3553(a) to the extent that they are applicable.[2] The Court may grant such a motion if it is satisfied that early termination is warranted by the conduct of the defendant and is in the interests of justice.[3]

After considering the factors, the Court concludes the motion should be granted. Defendant's performance on supervised release weighs in favor of the motion. Defendant's income is stable as he receives veteran benefits, and his residence has been stable. He has paid his fines and fees. He has been compliant with his drug testing requirements and has not had any noncompliance issues. The USPO does not have any concerns with Defendant and does not oppose early termination of supervised release. Thus, the Court finds that it is in the interests of justice that Defendant's motion for early termination of supervision be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Supervision (Doc. 24) is **GRANTED.**

**IT IS SO ORDERED.**

Dated this 6th day of June, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012) (citing 18 U.S.C. § 3583(e)(1)).

[2] 18 U.S.C. § 3583(e)(1).

[3] *Id.*